IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GASTROENTEROLOGY CONSULTANTS OF SAN ANTONIO, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-24-CA-00534-FB |
| OSCAR HEALTH, INC., | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation for Dismissal Without Prejudice, filed by the parties on March 24, 2025. (Docket no. 28). The parties stipulate to the dismissal of the above styled and numbered case without prejudice to refiling, with each party bearing its own costs and attorneys' fees, and request an order from the Court reflecting the same. Having reviewed the joint stipulation and finding it proper, the request is granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that, pursuant to the parties' Joint Stipulation for Dismissal Without Prejudice (docket no. 28), the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE to refiling, with each party bearing its own costs and attorneys' fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 25th day of March, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE